**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH SPIRA on behalf of himself and all other similarly situated consumers,<br><br>                  Plaintiff,<br><br>   -against-<br><br><br>COMPUTER CREDIT, INC.,<br><br>                  Defendant. | Docket No: 1:21-CV-03788-PPK-CLP<br><br><br>**NOTICE OF RESOLUTION** |

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a resolution of this action in principle. The parties anticipate filing a Stipulation of Dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days and request that all deadlines and appearances be stayed and/or cancelled in light of the anticipated dismissal.

Dated:  New York, New York
           October 7, 2020

                                  HINSHAW & CULBERTSON LLP
                                  *Attorneys for Defendant*

                                  By:  *s/ Han Sheng Beh*
                                         Han Sheng Beh
                                  800 Third Avenue, 13th Floor
                                  New York, New York 10022
                                  Tel: (212) 471-6200
                                  Fax: (212) 935-1166

TO:    To All Counsel of Record (Via ECF)