**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOSEPH SPIRA on behalf of himself and all other
similarly situated consumers,

      Plaintiff,

  -against-

COMPUTER CREDIT, INC.,

      Defendant.

Docket No:  1:21-CV-03788-PPK-CLP

**STIPULATION OF DISMISSAL**

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys of record for Plaintiff, Joseph Spira ("Plaintiff"), and Defendant Computer Credit, Inc.

("Defendant") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff's claims against the Defendant are hereby dismissed with prejudice. Each party to bear

its own fees and costs.

Dated:  New York, New York
   November 9, 2021

**ADAM J. FISHBEIN, P.C.**

*Adam J. Fishbein*
_____
Adam J. Fishbein, Esq.
735 Central Avenue
Woodmere, New York 11598
*Attorneys for Plaintiff*
*Joseph Spira*

**HINSHAW & CULBERTSON LLP**

*Han Sheng Beh*
_____
Han Sheng Beh, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Telephone (212) 471-6200
*Attorneys for Defendant*
*Computer Credit, Inc.*